George J. Jagemann, Appellee, v. Percy Reid McMahan, Appellant.

Gen. No. 43,932.

111

opinion filed April 2, 1947; released for publica-
tion April 25, 1947.  Harry L. Yale, for appellant; Robert C. Springs-
guth, for appellee.  Opinion by JUSTICE BURKE.  Not to be published
in full.